Robert C Weems (SBN 148156)
Weems Law Offices
769 Center Blvd., PMB 38
Fairfax, CA 94930
Ph: 415.881.7653
Fx: 866.610.1430
rcweems@weemslawoffices.com
    Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TERESA DIANE DAVIS, | Civil No. 2:18-cv-02415-KJN |
| Plaintiff, | **STIPULATION AND ORDER RE MODIFICATION OF SCHEDULING ORDER [ECF NO. 5]** |
| v. | |
| ANDEW M. SAUL, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant.[1] | |

    The parties hereby stipulate and agree this date of August 1, 2019, subject to the Court's approval and order, that there is good cause to modify the scheduling order, ECF No. 5, by extending the deadlines therein by one month and that Plaintiff's time to move for summary judgment and/or remand be extended from August 5, 2019 to September 5, 2019, with all other deadlines likewise extended.

    This is the first extension of time requested. The good cause supporting this stipulation includes, but is not limited to, plaintiff has suggested that supplementation of the administrative record may be necessary or appropriate following counsel's review of the record; the

---

[1] Mr. Saul was sworn in as Commissioner of Social Security on June 17, 2019; he is substituted for Ms. Berryhill pursuant to Fed.R.Civ.P., Rule 25(d). See, https://www.ssa.gov/agency/commissioner.html.

1

Commissioner is considering such suggestion; and, the Commissioner's determination will materially impact plaintiff's motion.

| WEEMS LAW OFFICES | McGREGOR W. SCOTT,<br>United States Attorney<br>DEBORAH LEE STACHEL,<br>Regional Chief Counsel, Region IX,<br>  Soc. Sec. Admin.<br>ELLINOR RAVENEL CODER,<br>  Sp. Asst. U.S. Attorney<br>SATHYA OUM,<br>Asst. Regional Counsel,<br>  Soc. Sec. Admin., Region IX |
|---|---|
| /s/Robert C. Weems<br>Robert C. Weems,<br>Attorney for Plaintiff | By: /s/ Sathya Oum<br>Sathya Oum,<br>Attorneys for Defendant |

**SO ORDERED. In addition, the Clerk of Court is directed to assign a district judge to this action.**

Dated: August 1, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

davi.2415

2