Robert C Weems (SBN 148156)
Weems Law Offices
769 Center Blvd., PMB 38
Fairfax, CA 94930
Ph: 415.881.7653
Fx: 866.610.1430
rcweems@weemslawoffices.com
    Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TERESA DIANE DAVIS, | Civil No. 2:18-cv-02415-KJN |
| Plaintiff, | **STIPULATION AND ORDER RE MODIFICATION OF SCHEDULING ORDER** |
| v. | |
| ANDEW M. SAUL, COMMISSIONER OF SOCIAL SECURITY, | (ECF No. 5) |
| Defendant.[1] | |

    The parties hereby stipulate and agree this date of September 9, 2019, subject to the Court's approval and order, that there is good cause to modify the scheduling order, ECF No. 5, by extending the deadlines therein by ten (10) days and that Plaintiff's time to move for summary judgment and/or remand be extended from September 5, 2019 to September 15, 2019, with all other deadlines likewise extended.

    This is the second extension of time requested. The good cause supporting this stipulation includes, but is not limited to: on July 31, 2019, following plaintiff's counsel's review of the record as it presently exists, plaintiff asked that defendant agree to supplementation of the

---

[1] Mr. Saul was sworn in as Commissioner of Social Security on June 17, 2019; he is substituted for Ms. Berryhill pursuant to Fed.R.Civ.P., Rule 25(d). *See*, https://www.ssa.gov/agency/commissioner.html.

1

administrative record to include materials from prior administrative proceedings. Pending a final decision from defendant on that request, the parties stipulated to extend the due date for plaintiff's motion for summary judgment from August 5, 2019 to September 5, 2019. On August 26, 2019, defendant's counsel informed plaintiff's counsel by e-mail that defendant would not agree to the requested supplementation of the administrative record. Defendant's refusal to stipulate to supplementation of the administrative record will have a material impact on the nature and scope of issues presented in plaintiff's motion for summary judgment. Defendant's decision was communicated so close to the current due date for plaintiff's motion for summary judgment that it will be difficult, if not impossible, to complete necessary modifications and supplementation of plaintiff's motion for summary judgment by the current due date.

| WEEMS LAW OFFICES | McGREGOR W. SCOTT, United States Attorney |
| --- | --- |
| | DEBORAH LEE STACHEL, Regional Chief Counsel, Region IX, Soc. Sec. Admin. |
| | ELLINOR RAVENEL CODER, Sp. Asst. U.S. Attorney |
| | SATHYA OUM, Asst. Regional Counsel, Soc. Sec. Admin., Region IX |
| /s/Robert C. Weems | By: /s/ Sathya Oum |
| Robert C. Weems, Attorney for Plaintiff | Sathya Oum, Attorneys for Defendant |

**SO ORDERED:**

Dated: September 9, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

davi.2415