McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, PSBN 46355
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8930
    Facsimile: (415) 744-0134
    E-mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| TERESA DIANE DAVIS, ) | Case No. 2:18-cv-02415-WBS-KJN |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER FOR |
| v. ) | AN EXTENSION OF TIME |
| ) | |
| ANDREW SAUL, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended until November 15, 2019. This is Defendant's first request for an extension of time to respond. The Commissioner requires additional time to consider the certified administrative record, Plaintiff's

1

brief, and the government's position due to illness and conflicting due dates. Plaintiff's counsel does not object to the extension and agrees that all subsequent deadlines should be accordingly extended.

            Respectfully submitted,

Date: October 16, 2019   By:  /s/ Robert C. Weems *
               ROBERT C. WEEMS
               Attorney for Plaintiff
               (*By e-mail authorization on 10/15/19)

Dated: October 16, 2019     McGREGOR W. SCOTT
               United States Attorney
               DEBORAH LEE STACHEL
               Regional Chief Counsel, Region IX
               Social Security Administration

               /s/ Donna W. Anderson
               DONNA W. ANDERSON
               Special Assistant United States Attorney
               Attorneys for Defendant

               <u>ORDER</u>

APPROVED AND SO ORDERED:

Dated: October 17, 2019

               _____
               KENDALL J. NEWMAN
               UNITED STATES MAGISTRATE JUDGE

davi.2415