McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, PSBN 46355
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8930
    Facsimile: (415) 744-0134
    E-mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| TERESA DIANE DAVIS,<br><br>    Plaintiff,<br><br>        v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:18-cv-02415-WBS-KJN<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

     IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended until December 16, 2019. The parties further stipulate to extend Plaintiff's time to reply to Defendant's response to January 15, 2020. This is Defendant's second request for an extension of time to

1

respond. The Commissioner requires additional time to consider the certified administrative record, Plaintiff's brief, and the government's position due to a development in another case requiring immediate attention, i.e., conflicting due dates. Plaintiff's counsel does not object to the Defendant's extension and seeks an extension on the reply in light of the holiday season.

Respectfully submitted,

Date: November 14, 2019    By:    */s/ Robert C. Weems* *
ROBERT C. WEEMS
Attorney for Plaintiff
(*By e-mail authorization on 11/13/19)

Dated: November 14, 2019     McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

*/s/ Donna W. Anderson*
DONNA W. ANDERSON
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED

Dated: November 15, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

davi.2415