UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA DIANE DAVIS, | No. 2:18-cv-2415-WBS-KJN |
| Plaintiff, | ORDER |
| v. | (ECF Nos. 28, 30.) |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On August 10, 2020 the magistrate judge filed findings and recommendations (ECF No. 30), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. On August 24, 2020 plaintiff filed objections to the findings and recommendations, and on August 31, 2020, the Commissioner filed a reply. (ECF Nos. 31, 32.) This court reviews de novo those portions of the proposed findings of fact to which an objection has been made. 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981); see also Dawson v. Marshall, 561 F.3d 930, 932 (9th Cir. 2009). As to any portion of the proposed findings of fact to which no objection has been made, the court assumes its correctness and decides the matter on the applicable law. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the findings and recommendations in full. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 30) are ADOPTED IN FULL; and
2. Plaintiff's motion for attorney's fees under the EAJA (ECF No. 28) is DENIED.

Dated:  August 28, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE